UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. OWENS,<br><br>    Petitioner,<br><br>    v.<br><br>LOS ANGELES,<br><br>    Respondent. | Case No. 16-cv-02519-HSG (PR)<br><br>**ORDER OF TRANSFER** |

    Kenneth C. Owens, a patient at Metropolitan State Hospital proceeding *pro se*, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking to challenge a sentence imposed and/or a civil commitment imposed in the Los Angeles County Superior Court. Petitioner also appears to raise civil rights claims relating to false imprisonment and malicious prosecution.

    Venue is proper in a habeas action in either the district of confinement or the district of conviction, *see id.* § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. *See* Habeas L.R. 2254-3(b); *Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993). Here the Central District of California is the district of conviction. In addition, to the extent Owens is raising a civil rights claim, the acts complained of also occurred within the venue of the Central District of California, making that the proper venue. *See* 28 U.S.C. § 1391(b).

1   Accordingly, this case is TRANSFERRED to the Central District of California. *See* 28
2   U.S.C. § 1404(a).  In light of this transfer, the pending motion (dkt. 2) to proceed in forma
3   pauperis is deferred to the Central District.  The Clerk shall transfer this action forthwith.
4   **IT IS SO ORDERED.**
5   Dated: May 16, 2016

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2