JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENNETH OWENS,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>LOS ANGELES,<br><br>　　　　　Respondent. | Case No. CV 16-3393-DMG (DFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Granting Motion to Dismiss for Failure to Exhaust,

　　　IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED: March 13, 2017

_____
DOLLY M. GEE
United States District Judge